# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-749-FDW-DCK

| | |
|---|---|
| MARIELA HERNANDEZ REYES, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LEON RODRIGUEZ, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Andres Lopez, concerning Bradley B. Banias on October 28, 2016. Mr. Bradley B. Banias seeks to appear as counsel *pro hac vice* for Plaintiff Mariela Hernandez-Reyes. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Bradley B. Banias is hereby admitted *pro hac vice* to represent Plaintiff Mariela Hernandez-Reyes.

**SO ORDERED**.

Signed: October 31, 2016

David C. Keesler
United States Magistrate Judge